UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81386-CIV-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VERONICA RAHMING,

    Defendant.
_____/

## ORDER APPROVING FINAL JUDGMENT BY CONSENT

THIS CAUSE is before the Court upon the parties United States of America and Veronica Rahming's joint filing of a Final Judgment by Consent [DE 13], filed herein on April 25, 2013.  The Court has carefully considered the consent final judgment, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Final Judgment by Consent [DE 13] is **APPROVED**;

2. Final Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Veronica Rahming in the sum of **$7,289.91** (principal of $2,500.00, interest in the amount of $4,254.91 through April 19, 2013, attorney fees in the amount of $500.00, service fee in the amount of $35.00) plus interest on the unpaid principal at 9% per annum from April 19, 2013, through the date of this Order and interest at the legal rate from the date of this Order, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

3. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

4. Any pending motions are **DENIED** as moot.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of April, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

VERONICA RAHMING
715 W JASMINE DR
WEST PALM BEACH, FL 33403

Veronica G. Rahming
1443 7th St.
West Palm Beach, FL 33401-3041